IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:12mj 228 |
| | ) | |
| v. | ) | |
| | ) | |
| CASEY J. KRUISE, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, CASEY J. KRUISE, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia, is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE

On or about May 30, 2012, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, defendant, CASEY J. KRUISE, did operate a motor vehicle while in possession of an open container of alcohol. (In violation 32 C.F.R. Section 634.25(f), assimilating the 1950 Code of Virginia, as amended, Section 18.2-323.1.)

## COUNT TWO

On or about May 30, 2012, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and being a place within the special territorial jurisdiction of the United States and this Court, defendant, CASEY J. KRUISE, was found driving on Fort Lee, Virginia, after his installation driving privileges were suspended immediately, pending resolution of an intoxicated incident where he refused to take or complete a lawfully requested chemical test to determine contents of blood for alcohol or other drugs. (In violation of 32 C.F.R. Section 634.25(f), assimilating CASCOM and Fort Lee Regulation 190-5(4)(d).)

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
Michael T. O'Neill
Special Assistant United States Attorney