3:12MJ228

MISDEMEANOR PROCEEDINGS

FILED
JUN - 7 2012
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DATE: 6-7-12

JUDGE Novak

INTERPRETER _____

(See related case 12MJ138)
CASE NO. 2303371 and 2303372

TAPE FTR

UNITED STATES OF AMERICA

V.

CASEY J. KRUISE

| | |
|---|---|
| Initial/preliminary hearing | ( ✓ ) |
| Arraignment/trial | ( ✓ ) |
| Probation/Identity | ( ) |
| Rule 5(a) Bond Hearing | ( ) |
| Sentencing | ( ) |
| Other _____ | ( ) |

Witness(es):
_____
_____
_____

AUSA N. George Metcalf

Counsel Elizabeth W. Hanes

ARRAIGNMENT PROCEEDINGS:

✓ Statement of rights and waiver, executed          ✓ Deft. Advised of charges/penalties/rights
___ Financial Affidavit, submitted for approval
✓ ~~CJA~~ counsel to be appointed FPD
___ Govt's motion to amend Ct. ___ to _____, Granted
Deft. Entered plea of NOT GUILTY _____
✓ Deft. Waived/~~requested~~ trial by jury          ___ Govt/Deft's motion for continuance,
                                                              Granted
___ Deft. Failed to appear                           ___ Govt's motion for warrant, granted
                                                         Pending finding of probable cause
___ Govt's motion to dismiss _____, Granted

TRIAL PROCEEDINGS:
___ Opening Statements                               ___ Witness excluded on motion of _____
___ Govt. adduced evidence, rested
___ Deft adduced evidence, rested
___ Rebuttal evidence
___ Closing Arguments
___ Findings stated from the bench
    Judgment: ____ Not guilty as to Counts _____
              ____ Guilty as to Counts _____

Deft executed waiver. Bench trial set for 6-13-12
at 3:00 p.m. Deft remanded.

Case set: _____    Began: _____    Ended: _____    Time in Court: _____