# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
## Richmond Division

UNITED STATES OF AMERICA

v.

CASEY J. KRUISE,
Defendant.

Case Number: 3:12MJ00228-001

USM Number: 80349-083

Defendant's Attorney: Elizabeth W. Hanes, Esq.

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Counts 1 and 2 of the Criminal Information.

Accordingly, the defendant is adjudged guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 32 C.F.R. Section 634.25(f), assimilating the 1950 Code of Virginia, as amended, Section 18.2-323.1 | Operation of a Motor Vehicle While In Possession of an Open Container of Alcohol | Petty | May 30, 2012 | 1 |
| 32 C.F.R. Section 634.25(f), assimilating CASCOM and Fort Lee Regulation 190-5(4)(d) | Driving on Fort Lee After Installation Driving Privileges Suspended | Petty | May 30, 2012 | 2 |

As pronounced on June 22nd, 2012, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

6/22/2012
Date of Imposition of Judgment

/s/
David J. Novak
United States Magistrate Judge

June 22, 2012

Case Number: 3:12MJ00228-001
Defendant's Name: KRUISE, CASEY J.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment and fine shall be due during the term of supervised release in case number 3:12MJ00138-001.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed. Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

Case Number: 3:12MJ00228-001
Defendant's Name: KRUISE, CASEY J.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $5.00 | $25.00 | $0.00 |
| 2 | $5.00 | $25.00 | $0.00 |
| TOTALS: | $10.00 | $50.00 | $0.00 |

# FINES

The defendant shall pay a fine of $25.00 on each of Counts 1 and 2 for a total fine of $50.00.